

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **STEVEN M. SILVERBERG**<br>*Assistant Corporation Counsel*<br>Email: ssilverb@law.nyc.gov<br>Tel.: (212) 788-1336<br>Fax: (212) 788-9776 |

March 19, 2012

BY ECF
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: <u>Triston Glenn v. City of New York, et al.</u>,
           11 Civ. 2462 (FB)(VVP)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants City of New York ("City") and Police Officer Michael Rogers in the above-referenced action. Defendants write to advise the Court that the parties have reached an agreement to settle this action. We anticipate filing a Stipulation and Order of Settlement and Discontinuance in short order.

    Thank you for your consideration of the matter herein.

                              Respectfully submitted,

                              /s/

                              Steven M. Silverberg
                              Assistant Corporation Counsel
                              Special Federal Litigation Division

- 2 -

cc:     <u>BY ECF</u>
        Matthew Shroyer, Esq.
        Cohen & Fitch, LLP
        *Attorneys for Plaintiff*
        225 Broadway, Suite 2700
        New York, NY 10007